# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

**NATHANIEL SMITH**

WARRANT FOR ARREST

Case No. RDB-04-0388

TO:  The United States Marshal and any
Authorized United States Officer

**07-519-M-01**

YOU ARE HEREBY COMMANDED to arrest _____ NATHANIEL SMITH _____
Name

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him or her with (brief description of offense):

**FILED**

**OCT 26 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title _____ United States Code, Section(s) _____

Felicia C. Cannon
Name of Issuing Officer

_/s/ Li Lee_
(By) Deputy Clerk

Bail fixed at $ _____

Clerk, U.S. District Court
Title of Issuing Officer

August 31, 2007    Baltimore, MD
Date and Location

by  PAUL W. GRIMM, U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received 8-31-2007 | Name and Title of Reporting Officer Fitzgerald, Derrick DUSM | Signature of Reporting Officer |
| Date of Arrest 10-26-2007 | | |

U.S. DISTRICT COURT (Rev. 12/1999) - Bench Warrant

10/11/2007 12:51  410-962-...  USMS BALTIMORE MD  PAGE 03/04
08/30/2007 11:41 FAX 301 344  US PROBATION OFFICE  ☒003/004

PROB 12
(Rev 3/86)

United States District Court
for the
DISTRICT OF MARYLAND

**07-519-M-01**

**FILED**
OCT 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. Nathaniel Smith

Petition on Supervised Release

*Statutory maximum term of imprisonment upon revocation is 2 years pursuant to 18 U.S.C. § 3583(e)(3)*

RDB – Docket No.: 1:04CR00388

COMES NOW Chastity Whiteside PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Nathaniel Smith who was placed on supervision for **Possession of a Firearm by a Convicted Felon, a Class C felony***, by the Honorable Richard D. Bennett, U.S. District Judge, sitting in the court at Baltimore, Maryland, on the 6th day of **January, 2005** who fixed the period of supervision at **3 year(s)**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

** Committed to custody of Bureau of Prisons for 36 months, followed by supervised release for a term of 3 year(s).

1. The defendant is instructed to pay a Special Assessment in the amount of $100.00.
2. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
3. The defendant shall satisfactorily participate in a vocational or educational program as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

Continues on following page

WHEREAS:  Mr. Smith is incarcerated in D.C. Jail serving a sixty day sentence.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of Nathaniel Smith and lodged as a detainer at D.C Jail.

ORDER OF COURT
Considered and ordered as prayed this 30th day of _____, 20 07 and ordered filed and made a part of the records in the above case.

_on behalf of_
Richard D. Bennett
U.S. District Judge

**PAUL W. GRIMM
CHIEF MAGISTRATE JUDGE
U.S. COURTHOUSE BLDG. RM 810
101 W. ____ ARD ST.
BALTIMORE, MD. 21201**

I declare under penalty of perjury that the foregoing is true and correct.

_Chastity Whiteside_
Chastity Whiteside, U.S. Probation Officer

Reviewed and Approved By
_Dawn McClark for_
Madeline Gili, Supervisory U.S Probation Officer

Place Greenbelt

Date August 30, 2007

PROB 12 continued
SMITH, Nathaniel
Docket Number: 1.04CR00388
Page Number: 2

| | |
|---|---|
| WHEREAS: | On May 13, 2007, Mr. Smith was terminated from his employment with Roomstore Warehouse for questionable criminal behavior and has failed to obtain legitimate employment, in violation of Standard Condition #5 which states that the defendant shall work regularly at a lawful occupation unless excused by the probation officer |
| WHEREAS: | On May 16, 2007, Mr. Smith failed to be present for a home visit as instructed, in violation of Standard Condition #3 which states that the defendant shall answer truthfully all inquiries by and follow the directions of the probation officer. |
| WHEREAS: | On July 4, 2007, Mr. Smith committed the offenses: CDS: Possession of Paraphernalia and CDS Possess - Not Marijuana, in violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime. |
| WHEREAS: | On July 4, 2007, Mr. Smith did possess an illegal controlled substance, being cocaine, in violation of the Statutory Condition which states that the defendant shall not illegally possess a controlled substance. |
| WHEREAS: | On July 4, 2007, Mr. Smith associated with persons engaged in criminal activity, in violation of Standard Condition #9 which states that the defendant shall not associate with persons engaged in criminal activity, and shall not associate with a felon unless granted permission by the probation officer. |
| WHEREAS: | On July 21, 2007, Mr. Smith failed to appear for a drug test, in violation of Additional Condition #2, as listed above. |
| WHEREAS: | Mr. Smith is incarcerated in D.C. Jail serving a sixty day sentence. |