Return Copy

Rev 1/07

**FILED**

**DEC 0 3 2007**

Clerk, U.S. District and
Bankruptcy Courts

Clerk's Office
**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

NOV 2 6 2007

CLERK U S DISTRICT COURT
DISTRICT OF MARYLAND
       DEPUTY

Date: 11/22/07

Address of Other Court:  USDC District of Maryland
                         Greenbelt Division
                         Criminal Division
                         6500 Cherrywood Lane
                         Greenbelt, MD 20770

RE: CR  07-mj-519, USA  v. Nathaniel Smith

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☑ | Warrant of Removal |
| ☐ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Blotter filed on 11/06/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
        Deputy Clerk

Rec'd 11/26/07
Mary C. Boyle
U.S.D.C.
Dist. of Md.